### ALDRICH v. DRURY

Appeal from Houghton, Condon (Stephen D.), J. Submitted Division 3 December 5, 1968, at Grand Rapids. (Docket No. 5,045.) Decided December 20, 1968.

Complaint by John Aldrich and Susan Aldrich, by John M. Aldrich, their next friend, and by John M. Aldrich against LeRoy E. Drury and Lauretta M. Drury for injuries suffered from negligent operation of defendants' automobile. Verdict and judgment for defendants. Plaintiffs appeal. Affirmed.

*Messner, LaBine & Vairo,* for plaintiffs.

*McLean & Healy,* for defendants.

PER CURIAM. Plaintiff driver and her passengers appeal from a jury verdict of no cause of action in an automobile negligence case.

The only issue that merits our consideration is whether the court committed prejudicial error in giving an instruction on contributory negligence which was affirmatively pleaded but not claimed in defendants' opening statement.

We must presume the jury followed the court's instructions. We have reviewed the record and on the basis of the instructions it is apparent from

the verdict of the jury that contributory negligence had no bearing on the verdict.

Affirmed. Costs to appellees.

R. B. BURNS, P. J., and J. H. GILLIS and CORKIN, JJ., concurred.